■ In the Matter of NATHANIEL T. and Others, Children Alleged to be Permanently Neglected.—Appeal unanimously dismissed as moot, without costs (*see, mem in Matter of Nathaniel T.,* 112 AD2d 692). (Appeal from order of Monroe County Family Court, Wisner, J.—extension of placement.) Present—Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.

■ In the Matter of KENNY T. et al., Appellants, v W. BURTON RICHARDSON, as Commissioner of Monroe County Department of Social Services, Respondent.—Order unanimously affirmed, without costs (*see, mem in Matter of Nathaniel T.,* 112 AD2d 692). (Appeal from order of Monroe County Family Court, Wisner, J.—habeas corpus.) Present—Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.